**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS,<br><br>Plaintiffs,<br>-v-<br><br>CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICE DEPARTMENT; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY DEPARTMENT OF MENTAL HEALTH; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____/ | Case No.  2:11-CV-00753-MCE-DAD<br><br>ORDER RE: PLAINTIFFS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF CHASE M. RIGGI |

Presently before the Court is the motion of minor Plaintiff CHASE M. RIGGI for the appointment of a Guardian Ad Litem.  Because oral argument will not be of material assistance, this matter is hereby submitted on the briefing.  E.D. Cal. Local Rule 230(g).  Having considered

1

1  the briefs, supporting papers and applicable law, and good cause having been shown, IT IS
2  HEREBY ORDERED that Plaintiffs' Motion For Appointment of JAMES M. RIGGI, to act as
3  Guardian Ad Litem for the legal interest of CHASE M. RIGGI in this matter, is GRANTED.

Dated: July 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER RE: PLAINTIFFS' MOTION FOR APPOINTMENT
OF GUARDIAN AD LITEM FOR MINOR PLAINTIFF CHASE M. RIGGI

00032238