**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS,<br><br>          Plaintiffs,<br>     -v-<br><br>CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive,<br><br>          Defendants.<br>_____/ | Case No. 2:11-CV-00753-MCE-DAD<br><br>STIPULATION TO DISMISS DEFENDANT EL DORADO COUNTY, ONLY, WITH PREJUDICE; AND ORDER<br><br>FRCP 41(a)(1) |

/ / /

/ / /

/ / /

The parties, by and through their respective attorneys, stipulate as follows: It is the desire of the parties that the court approve this agreement and issue an order dismissing all claims against Defendant EL DORADO COUNTY (including EL DORADO COUNTY MENTAL HEALTH) only, with prejudice.

DATED: July 15, 2011.                              WILCOXEN CALLAHAM, LLP


By:   /s/ - E. S. Deacon
      E. S. DEACON # 127638
      Attorneys for Plaintiffs

DATED: July 15, 2011.                              LEWIS BRISBOIS BISGAARD & SMITH LLP


By:   /s/ - Joe Salazar, Jr.
      JOE SALAZAR, JR.
      Attorneys for Defendant EL DORADO COUNTY EMERGENCY SERVICES DISTRICT

DATED: July 15, 2011.                              BARKETT & GUMPERT


By:   /s/ - Franklin G. Gumpert
      FRANKLIN G. GUMPERT
      Attorneys for Defendant EL DORADO COUNTY; EL DORADO COUNTY DEPARTMENT OF MENTAL HEALTH

DATED: July 15, 2011.                    FURGESON, PRAET & SHERMAN


By:   /s/ - BRUCE PRAET
      BRUCE PRAET
      Attorneys for Defendant CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICE DEPARTMENT; PLACERVILLE POLICE CHIEF GEORGE NIELSEN; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER

DATED: July 15, 2011.                    LAFOLLETTE JOHNSON


By:   /s/ - JULIE CLARK MARTIN
      JULIE CLARK MARTIN
      Attorneys for Defendant MARSHALL MEDICAL CENTER


ORDER TO DISMISS DEFENDANT
EL DORADO COUNTY, ONLY, WITH PREJUDICE

   THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

   IT IS HEREBY ORDERED that Defendant EL DORADO COUNTY (including EL DORADO COUNTY MENTAL HEALTH) be dismissed with prejudice.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **In re: Riggi, et al. V. City of Placerville, et al.** | **2:11-CV-00753-MCE-DAD** |

## PROOF OF SERVICE

I am a citizen of the United States, and employed in the County of Sacramento. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 2114 K Street, Sacramento, CA 95816. I served:

**STIPULATION TO DISMISS DEFENDANT
EL DORADO COUNTY, ONLY, WITH PREJUDICE;
AND [PROPOSED] ORDER**

on each party listed hereinbelow, via the following method:

| | |
|---|---|
| Joe Salazar, Jr., Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>2850 Gateway Oaks, Suite 450<br>Sacramento, CA 95833<br>Tele: (916) 564-5400<br>Fax: (916) 564-5444<br>Email: jsalazar@lbbslaw.com<br>Attorney for Defendant, EL DORADO COUNTY EMERGENCY SERVICES DISTRICT | Franklin G. Gumpert, Esq.<br>BARKETT & GUMPERT<br>P.O. Box 661448<br>Sacramento, CA 95866-1448<br>Tele: (916) 849-2480<br>Fax: (916) 570-3660<br>Email: barkettgumpert@surewest.net<br>Attorney for Defendants, EL DORADO COUNTY; EL DORADO COUNTY DEPARTMENT OF MENTAL HEALTH |
| Bruce Praet, Esq.<br>FURGESON, PRAET & SHERMAN<br>1631 East 18th Street<br>Santa Ana, CA 92705<br>Tele: (714) 953-5300<br>Email: bpraet@aol.com<br>Attorney for Defendants, CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICE DEPARTMENT; PLACERVILLE POLICE CHIEF GEORGE NIELSEN; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER | Julie Clark Martin, Esq.<br>LAFOLLETTE JOHNSON<br>655 University Avenue, Suite 119<br>Sacramento, CA 95825<br>Tele: (916) 563-3100<br>Fax: (916) 565-3704<br>Email: JCMartin@ljdfa.com<br>Attorney for Defendant MARSHALL MEDICAL CENTER |

__XXX__  **Via U.S. Postal Service**. By depositing for collection and mailing, following ordinary business practices (I am familiar with the business practices of the law offices of Wilcoxen Callahan Montgomery & Deacon for collecting and processing mail, and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date indicated hereinbelow), a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

__XXX__  **Via Email** or Electronic Transmission: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person[s] at the e-mail addresses set forth hereinbelow. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 15, 2011, at Sacramento, California.

                                                /s/ Holly Mills
                                                Holly Mills