UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHASE M. RIGGI, ET AL.,                No. 2:11-cv-00753-MCE-DAD

      Plaintiff,

   v.                                  <u>ORDER CONTINUING TRIAL</u>

CITY OF PLACERVILLE, ET AL.,

      Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the December 2, 2013 jury trial is vacated and continued to **March 3, 2014**, at **9:00 a.m**. in Courtroom 7.  The parties shall file trial briefs not later than **December 26, 2013**.  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the October 3, 2013 Final Pretrial Conference is vacated and continued to **January 9, 2014**, at **2:00 p.m**. in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **December 19, 2013** and shall comply with the procedures outlined in the Court's March 27, 2012 Pretrial Scheduling Order. The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **December 19, 2013.** Oppositions must be filed by **December 26, 2013** and any reply must be filed by **January 2, 2014.** The motions will be heard by the Court at the same time as the Final Pretrial Conference.

All other due dates set forth in the Court's Pretrial Scheduling Order are confirmed.

IT IS SO ORDERED.

Dated: November 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2