**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS,<br><br>Plaintiffs,<br>-v-<br><br>CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive,<br><br>Defendants.<br>_____/ | Case No.  2:11-CV-00753-MCE-DAD<br><br>STIPULATION TO DISMISS DEFENDANT MARSHALL MEDICAL CENTER, ONLY, WITH PREJUDICE; AND ORDER<br><br>FRCP 41(a)(1) |

/ / /

/ / /

/ / /

1

00058490

The parties, by and through their respective attorneys, stipulate as follows: It is the desire of the parties that the court approve this agreement and issue an order dismissing all claims against Defendant, MARSHALL MEDICAL CENTER, only, with prejudice.

DATED: December 19, 2012.                                WILCOXEN CALLAHAM, LLP

                                                By:    /s/ - E. S. Deacon
                                                       E. S. DEACON # 127638
                                                       Attorneys for Plaintiffs

DATED: December 19, 2012.                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                By:    /s/ - Joe Salazar, Jr.
                                                       JOE SALAZAR, JR.
                                                       Attorneys for Defendant EL DORADO COUNTY EMERGENCY SERVICES DISTRICT

DATED: December 19, 2012.                                FURGESON, PRAET & SHERMAN

                                                By:    /s/ - Bruce Praet
                                                       BRUCE PRAET
                                                       Attorneys for Defendant CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICE DEPARTMENT; PLACERVILLE POLICE CHIEF GEORGE NIELSEN; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER

DATED: December 19, 2012.                                LAFOLLETTE JOHNSON

                                                By:    /s/ - Julie Clark Martin
                                                       JULIE CLARK MARTIN
                                                       Attorneys for Defendant MARSHALL MEDICAL CENTER

/ / /

/ / /

/ / /

00058490

ORDER TO DISMISS DEFENDANT MARSHALL MEDICAL CENTER, ONLY, WITH PREJUDICE

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant MARSHALL MEDICAL CENTER, only, be dismissed with prejudice.

Dated:  January 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE