1  **WILCOXEN CALLAHAM, LLP**
   DANIEL E. WILCOXEN, SBN 054805
2  E. S. DEACON, SBN 127638
   2114 K Street
3  Sacramento, California 95816
   Telephone: (916) 442-2777
4  Facsimile: (916) 442-4118

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS, <br><br>    Plaintiffs, <br>    -v- <br><br>CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive, <br><br>    Defendants. <br>_____/ | Case No.  2:11-CV-00753-MCE-DAD <br><br>STIPULATION TO DISMISS DEFENDANT CITY OF PLACERVILLE, CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN, ONLY, WITH PREJUDICE; AND ORDER <br><br>FRCP 41(a)(1) |

25  / / /

26  / / /

27  / / /

28

WILCOXEN CALLAHAM, LLP, 2114 K Street, Sacramento, California 95816

00058362

1  The parties, by and through their respective attorneys, stipulate as follows: It is the desire of the parties that the court approve this agreement and issue an order dismissing all claims against Defendants, CITY OF PLACERVILLE, CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN, only, with prejudice.

DATED: December 18, 2012.                    WILCOXEN CALLAHAM, LLP

                                By:   /s/ - E. S. Deacon
                                      E. S. DEACON # 127638
                                      Attorneys for Plaintiffs

DATED: December 18, 2012.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By:   /s/ - Joe Salazar, Jr.
                                      JOE SALAZAR, JR.
                                      Attorneys for Defendant EL DORADO COUNTY EMERGENCY SERVICES DISTRICT

DATED: December 18, 2012.                    FURGESON, PRAET & SHERMAN

                                By:   /s/ - Bruce Praet
                                      BRUCE PRAET
                                      Attorneys for Defendant CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICE DEPARTMENT; PLACERVILLE POLICE CHIEF GEORGE NIELSEN; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER

DATED: December 18, 2012.                    LAFOLLETTE JOHNSON

                                By:   /s/ - Julie Clark Martin
                                      JULIE CLARK MARTIN
                                      Attorneys for Defendant MARSHALL MEDICAL CENTER

/ / /

/ / /

00058362

ORDER TO DISMISS DEFENDANTS CITY OF PLACERVILLE, CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN, ONLY, WITH PREJUDICE

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendants CITY OF PLACERVILLE, CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN, only, be dismissed with prejudice.

Dated: January 3, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

00058362