1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHASE M. RIGGI, individually and by
and through his Guardian ad Litem,
JAMES M. RIGGI; ESTATE OF LINDA
CAROL CLARK, by and through her
Successor-in-Interest, CHASE M. RIGGI,
by and through his Guardian ad Litem,
CHASE M. RIGGI, individually and by
and through his Guardian ad Litem,
JAMES M. RIGGI; MARTY HANSEN;
and JOAN BEATRICE LEWIS,

                    Plaintiffs,

        -v-

CITY OF PLACERVILLE; CITY OF
PLACERVILLE POLICEMAN NICOLAS
MAURER; CITY OF PLACERVILLE
POLICE CHIEF GEORGE NIELSEN; EL
DORADO COUNTY EMERGENCY
SERVICES DISTRICT; EL DORADO
COUNTY; MARSHALL MEDICAL
CENTER; and DOES 1 through 20,
inclusive,

                    Defendants.
_____/

Case No.  2:11-CV-00753-MCE-DAD

STIPULATION TO DISMISS
DEFENDANT CITY OF PLACERVILLE,
CITY OF PLACERVILLE POLICEMAN
NICOLAS MAURER, CITY OF
PLACERVILLE POLICE CHIEF
GEORGE NIELSEN, ONLY, WITH
PREJUDICE; AND ORDER

FRCP 41(a)(1)

/ / /

/ / /

/ / /

*WILCOXEN CALLAHAM, LLP,*
*2114 K Street, Sacramento, California 95816*

1

00058362

1    The parties, by and through their respective attorneys, stipulate as follows: It is the desire of

2    the parties that the court approve this agreement and issue an order dismissing all claims against

3    Defendants, CITY OF PLACERVILLE, CITY OF PLACERVILLE POLICEMAN NICOLAS

4    MAURER, CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN, only, with prejudice.

5

6    DATED: December 18, 2012.                    WILCOXEN CALLAHAM, LLP

7
                                         By:    /s/ - E. S. Deacon
8                                               E. S. DEACON # 127638
                                                Attorneys for Plaintiffs
9

10   DATED: December 18, 2012.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

11
                                         By:    /s/ - Joe Salazar, Jr.
12                                              JOE SALAZAR, JR.
                                                Attorneys for Defendant EL DORADO
13                                              COUNTY EMERGENCY SERVICES
                                                DISTRICT
14

15   DATED: December 18, 2012.                    FURGESON, PRAET & SHERMAN

16
                                         By:    /s/ - Bruce Praet
17                                              BRUCE PRAET
                                                Attorneys for Defendant CITY OF
18                                              PLACERVILLE; CITY OF PLACERVILLE
                                                POLICE DEPARTMENT; PLACERVILLE
19                                              POLICE CHIEF GEORGE NIELSEN; CITY
                                                OF PLACERVILLE POLICEMAN NICOLAS
20                                              MAURER

21
     DATED: December 18, 2012.                    LAFOLLETTE JOHNSON
22

23                                       By:    /s/ - Julie Clark Martin
                                                JULIE CLARK MARTIN
24                                              Attorneys for Defendant MARSHALL
                                                MEDICAL CENTER
25

26   / / /

27   / / /

28

2

00058362

1

ORDER TO DISMISS DEFENDANTS CITY OF PLACERVILLE,
CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE
POLICE CHIEF GEORGE NIELSEN, ONLY, WITH PREJUDICE

2

3

THE STIPULATION FOR DISMISSAL having been executed by all parties and GOOD

4

CAUSE APPEARING,

5

IT IS HEREBY ORDERED that Defendants CITY OF PLACERVILLE, CITY OF

6

PLACERVILLE POLICEMAN NICOLAS MAURER, CITY OF PLACERVILLE POLICE

7

CHIEF GEORGE NIELSEN, only, be dismissed with prejudice.

8

9

Dated:  January 3, 2013

10

11

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

00058362