1  **WILCOXEN CALLAHAM, LLP**
   DANIEL E. WILCOXEN, SBN 054805
2  E. S. DEACON, SBN 127638
   2114 K Street
3  Sacramento, California 95816
   Telephone: (916) 442-2777
4  Facsimile: (916) 442-4118

5  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS, | Case No. 2:11-CV-00753-MCE-DAD  STIPULATION TO DISMISS DEFENDANT EL DORADO EMERGENCY SERVICES DISTRICT, ONLY, WITH PREJUDICE; AND ORDER  FRCP 41(a)(1) |
| Plaintiffs, -v- | |
| CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive, | |
| Defendants. _____/ | |

/ / /

/ / /

/ / /

1

STIPULATION TO DISMISS DEFENDANT EL DORADO COUNTY EMERGENCY
SERVICES DISTRICT, ONLY, WITH PREJUDICE; AND  ORDER

00058912

1   The parties, by and through their respective attorneys, stipulate as follows: It is the desire of
2   the parties that the court approve this agreement and issue an order dismissing all claims against
3   Defendant, EL DORADO COUNTY EMERGENCY SERVICES DISTRICT, only, with prejudice.

5   DATED: January 9, 2013.                                WILCOXEN CALLAHAM, LLP

                                            By:     /s/ - E. S. Deacon
7                                                   E. S. DEACON # 127638
                                                    Attorneys for Plaintiffs

9   DATED: January 9, 2013.                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                                            By:     /s/ - Joe Salazar, Jr.
11                                                  JOE SALAZAR, JR.
                                                    Attorneys for Defendant EL DORADO
12                                                  COUNTY EMERGENCY SERVICES
                                                    DISTRICT

15   ORDER TO DISMISS DEFENDANT EL DORADO COUNTY EMERGENCY SERVICES
                            DISTRICT, ONLY, WITH PREJUDICE

17   THE STIPULATION FOR DISMISSAL having been executed by all remaining parties and
18   GOOD CAUSE APPEARING,
19   IT IS HEREBY ORDERED that Defendant EL DORADO COUNTY EMERGENCY
20   SERVICES DISTRICT, the only remaining Defendant in this matter, be dismissed with prejudice.

22   IT IS SO ORDERED.

Dated: January 15, 2013

                                            _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                            UNITED STATES DISTRICT JUDGE