**WILCOXEN CALLAHAM, LLP**
DANIEL E. WILCOXEN, SBN 054805
E. S. DEACON, SBN 127638
2114 K Street
Sacramento, California 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; ESTATE OF LINDA CAROL CLARK, by and through her Successor-in-Interest, CHASE M. RIGGI, by and through his Guardian ad Litem, CHASE M. RIGGI, individually and by and through his Guardian ad Litem, JAMES M. RIGGI; MARTY HANSEN; and JOAN BEATRICE LEWIS,<br><br>　　　　　　　Plaintiffs,<br>　　-v-<br>CITY OF PLACERVILLE; CITY OF PLACERVILLE POLICEMAN NICOLAS MAURER; CITY OF PLACERVILLE POLICE CHIEF GEORGE NIELSEN; EL DORADO COUNTY EMERGENCY SERVICES DISTRICT; EL DORADO COUNTY; MARSHALL MEDICAL CENTER; and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants.<br>_____/ | Case No. 2:11-CV-00753-MCE-DAD<br><br>STIPULATION TO DISMISS DEFENDANT EL DORADO EMERGENCY SERVICES DISTRICT, ONLY, WITH PREJUDICE; AND ORDER<br><br>FRCP 41(a)(1) |

/ / /

/ / /

/ / /

1  The parties, by and through their respective attorneys, stipulate as follows: It is the desire of the parties that the court approve this agreement and issue an order dismissing all claims against Defendant, EL DORADO COUNTY EMERGENCY SERVICES DISTRICT, only, with prejudice.

DATED: January 9, 2013.                    WILCOXEN CALLAHAM, LLP

                                           By:    /s/ - E. S. Deacon
                                                  E. S. DEACON # 127638
                                                  Attorneys for Plaintiffs

DATED: January 9, 2013.                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                           By:    /s/ - Joe Salazar, Jr.
                                                  JOE SALAZAR, JR.
                                                  Attorneys for Defendant EL DORADO COUNTY EMERGENCY SERVICES DISTRICT

ORDER TO DISMISS DEFENDANT EL DORADO COUNTY EMERGENCY SERVICES DISTRICT, ONLY, WITH PREJUDICE

THE STIPULATION FOR DISMISSAL having been executed by all remaining parties and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Defendant EL DORADO COUNTY EMERGENCY SERVICES DISTRICT, the only remaining Defendant in this matter, be dismissed with prejudice.

IT IS SO ORDERED.

Dated: January 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE